IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN L. BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-0543-N |
| | § | |
| FEDERAL BUREAU OF PRISONS, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On September 22, 2008, the United States Court of Appeals for the Fifth Circuit dismissed Plaintiff's appeal as frivolous. Plaintiff's Motion for Alternative Appeal Payment is hereby denied as moot in accordance with the Findings and Recommendation of United States Magistrate Judge Jeff Kaplan.

Signed September 30, 2008.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE